

# NUMBER 13-12-00502-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**CHARLES RUTH III,**                                                        **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                      **Appellee**.

**On appeal from the 107th District Court
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Charles Ruth III, attempts to appeal the trial court's "Order Pursuant to Tex. Code Crim. Proc. Article 11.07§ 3." The order signed July 5, 2012, directs trial counsel to file affidavits responsive to the claims of ineffective assistance of counsel raised in appellant's application for writ of habeas corpus signed on July 5, 2012.

On August 6, 2012, the Clerk of this Court notified appellant that it appeared that the order from which the appeal was taken was not an appealable order, and requested correction of this defect within ten days or the appeal would be dismissed. Appellant has failed to respond to the Court's directive.

Even if appellant were seeking to challenge an order denying a post-conviction writ of habeas corpus, jurisdiction to grant post-conviction habeas corpus relief in felony cases rests exclusively with the Texas Court of Criminal Appeals. TEX. CODE CRIM. PROC. ANN. art. 11.07, § 5 (Vernon Supp. 2011); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re McAfee*, 53 S.W.3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding).

The Court, having examined and fully considered the documents on file, is of the opinion there is not an appealable order and this Court lacks jurisdiction over the matters herein. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a), (c).

PER CURIAM

Do not publish. TEX. R. APP. P. 47.2(b).

Delivered and filed the 11th
day of October, 2012.

2